

**FILED**

OCT 0 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-42-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM THOMAS HAYNES, JR., | |
| Defendant. | |

Upon the Defendant's Motion to File Document Under Seal (Doc. 28), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's motion to file document under seal is **GRANTED**. Defendant's psychological evaluation is filed under seal.

DATED this 2nd day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1